UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOWAKI KOMATSU,<br><br>                              Plaintiff,<br><br>            -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              Defendants. | 1:20-CV-6510 (LLS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued October 21, 2020, dismissing this action,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under federal law as frivolous, for failure to state a claim on which relief may be granted, for seeking monetary relief from defendants that are immune from such relief, *see* 28 U.S.C. § 1915(e)(B)(i), (ii), (iii), and under the Anti-Injunction Act, *see* 28 U.S.C. § 2283. The Court declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law. 28 U.S.C. § 1367(c)(3).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 22, 2020
             New York, New York

                                                                *Louis L. Stanton*
                                                                 Louis L. Stanton
                                                                      U.S.D.J.